Orlan BINGHAM, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 27, 1966.

Orlan Bingham, pro se.

Robert Matthews, Atty. Gen., F. E. Wood, Asst. Atty. Gen., for appellee.

PALMORE, Judge.

Orlan Bingham appeals from an order of the Laurel Circuit Court summarily overruling his RCr 11.42 motion to vacate the conviction and sentence pursuant to which he is imprisoned in the Kentucky State Penitentiary.

The motion alleges that the movant was deprived of the effective assistance of counsel. The specific facts stated in support of the allegation are not sufficient to suggest a constitutional violation.

The order is affirmed.